intelligent based on (1) counsel's ineffectiveness; (2) counsel's promise of a five-year sentence; and (3) a prosecutorial threat to charge his wife with an offense unless he pleaded guilty.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**ORDER**

PER CURIAM.

Lavelle James appeals from the denial of his Rule 24.035 motion, after an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief. Rule 84.16(b).

■

**Brock A. GRIFFITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69959.**

Missouri Court of Appeals,
Western District.

Sept. 1, 2009.

■

**Lavelle E. JAMES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69677.**

Missouri Court of Appeals,
Western District.

Sept. 1, 2009.

Frederick J. Ernst, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq., and John W. Grantham, Esq., Jefferson City, MO, for respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.

Mark A. Grothoff, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.